WATAMOND REALTY CORPORATION, Appellant, v. MAMIE SCHWARTZ and Others, Defendants; ROBERT KRAUSS FLOORING CO., INC., and GAYNOR & ROSENBLUM, INC., Respondents.— In view of the decision of the main appeal (*post*, p. 800),

decided herewith, the motion to dismiss the appeal is dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.